**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

SONYA JONES,          )
                              )
     Appellant/Plaintiff-Below    )
                              )
     v.                    )        C.A. No. K23A-07-001 NEP
                              )
PHILLIP COWAN,       )
                              )
     Appellee/Defendant-Below  )

Submitted: October 26, 2023
Decided: January 30, 2024

## ORDER

*Upon Appellant/Plaintiff-Below's Appeal from the Decision of the Court of Common Pleas*

**AFFIRMED**

### I.   INTRODUCTION

**1.** On March 20, 2023, Appellant and Plaintiff-Below Sonya Jones ("Ms. Jones"), failed to appear for her pre-trial conference in the Court of Common Pleas (the "CCP") regarding her action against Appellee/Defendant-Below Phillip Cowan ("Mr. Cowan").[1] Because Mr. Cowan appeared, but Ms. Jones did not, the CCP dismissed her claims for failure to prosecute and entered default judgment on Mr. Cowan's counterclaims against Ms. Jones.[2]

---

[1] Notice of Appeal (D.I. 1) Exs., at 1 (Del. Com. Pl. June 9, 2023, Letter).
[2] *Id.*; *see also id.* at 3 (Del. Com. Pl. Mar. 24, 2023, Order).

**2.** On March 24, 2023, the CCP issued a written order.[3] On May 15, 2023, that order was corrected due to a typographical error.[4] The CCP awarded Mr. Cowan the principal sum of $19,990.[5]

**3.** On April 14, 2023, the CCP received Ms. Jones's Motion to Vacate the Default Judgment.[6] On June 9, 2023, the CCP denied Ms. Jones's motion, finding that she had "not successfully given any factual claim in [her] response that me[t] any of the [ ] criteria to set aside the Default Judgment entered against [her]."[7]

**4.** On July 13, 2023, Ms. Jones filed her notice of appeal in this Court.[8] Briefing followed.[9]

## II.    APPLICABLE LEGAL STANDARDS

**5.** Pursuant to 10 *Del. C.* § 1326(a), "[f]rom any final order, ruling, decision or judgment of the court in a civil action there shall be the right of appeal to the Superior Court of the State in the county in which said order, ruling decision or judgment was rendered."[10] Further, Section 1326(b) provides that the "appeal shall be taken within 30 days of the final order, ruling, decision or judgment."[11]

## III.    ANALYSIS

**6.** Here, the Court does not have jurisdiction over Ms. Jones's appeal because it is untimely. On June 9, 2023, the CCP denied her Motion to Vacate the Default Judgment. Pursuant to 10 *Del. C.* § 1326(b), Ms. Jones had 30 days, that is, until

---

[3] *Id.* at 1 (Del. Com. Pl. June 9, 2023, Letter).
[4] *Id.*
[5] *Id.*
[6] *Id.*
[7] *Id.* at 2.
[8] Notice of Appeal.
[9] *See generally* Opening Br. (D.I. 6); Answering Br. (D.I. 8); Reply Br. (D.I. 11).
[10] 10 *Del. C.* § 1326(a).
[11] *Id.* § 1326(b).

2

July 10, 2023, to file her appeal with this Court. She filed her appeal on July 13, 2023. Therefore, she failed to file her appeal within the 30-day period required by statute. Thus, this Court need not address the merits of her appeal because the Court lacks jurisdiction to hear an appeal that is untimely.

Wherefore, for the foregoing reasons, the Court of Common Pleas's decision is **AFFIRMED**.

**IT IS SO ORDERED.**

_____
Noel Eason Primos, Judge

NEP:tls
oc:   Prothonotary
cc:   Sonya Jones, *Pro Se – Via U.S. Mail*
      Phillip Cowan, *Pro Se – Via U.S. Mail*